# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROSHAUN REID,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FELIPE MARTINEZ, Jr., Warden,<br><br>　　　　Respondent. | Case No. 5:20-cv-00871-DSF-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed with prejudice.

DATED: September 7, 2021

　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE